IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RODRECEUS SNIPES, | : |
| Plaintiff, | : |
| VS. | : |
| | : NO. 5:18-CV-78-MTT-CHW |
| SOUTHERN CORRECTIONAL MEDICINE, *et al.*, | : |
| Defendants. | : |

# ORDER

*Pro se* Plaintiff Rodreceus Snipes has filed a pleading that the Court construes as a motion to voluntarily dismiss the above-captioned proceeding. In his motion, Plaintiff states that he is "requesting that the courts void and cancel" his Complaint because "the issue in which [he] complained about has been settled." Mot. Dism. Compl. 1, ECF No. 6. Plaintiff further requests that this case "not be considered for judgement." *Id.* Under the Federal Rules of Civil Procedure, Plaintiff is entitled to a voluntary dismissal without prejudice as a matter of right. *See* Fed. R. Civ. P. 41(a)(1). Plaintiff's motion to dismiss (ECF No. 6) is therefore **GRANTED**, and this action is **DISMISSED without prejudice.** The Clerk is **DIRECTED** to terminate all pending motions as **MOOT.**

**SO ORDERED**, this 23rd day of April, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT